COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER DENYING EMERGENCY MOTION
## FOR A STAY OF PROCEEDINGS

Appellate Cause: *In re Paula M. Miller;* 01-16-00132-CV

Trial Court Cause: *JAS Family Limited Partnership v. Paula M. Miller;* in the 149th Judicial District court of Brazoria County, Texas; Cause No. 65767

Relator has filed a petition for a writ of mandamus today, seeking relief from the trial court's orders to show cause why relator should not be held in contempt and for release of a $25,000 bond posted in connection with the contempt proceedings, among other requests for relief.

In addition, the relator seeks a stay of all proceedings in the trial court and in particular a hearing noticed for later today at 2:00 pm.

Relator's motion for a stay of the hearing in the trial court scheduled for February 19th at 2:00 p.m. is DENIED.

Relator's petition for a writ of mandamus remains pending before this court.

The real party in interest, J.A.S. Family Limited Partnership, is ORDERED to file a response to the petition for writ of mandamus by March 11, 2016.

Jane Bland, Justice
Acting individually

Panel consists of Justices Bland, Brown, and Lloyd.

Date: February 19, 2016.